# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY



JAN 27 2009

AT 8:30_____
WILLIAM T. WALSH, CLERK

| | |
|---|---|
| AURY GLENZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>SHARP ELECTRONICS CORP.,<br><br>Defendant. | Civil Action No.: **2:08-cv-3652 FSH MAS**<br><br>SCHEDULING ORDER |

This matter having come before the Court for a scheduling conference pursuant to Federal Rule of Civil Procedure 16, and good cause appearing, the Court hereby ORDERS as follows:

1. Discovery in this matter shall be bifurcated into two phases to the extent practicable: (1) discovery addressing the Plaintiffs' class allegations, the model of projector purchased by Named Plaintiff(s), the circumstances surrounding such purchase(s), and the use of such projector by Named Plaintiff(s); and (2) discovery addressing all other matters concerning the merits of the parties' claims and defenses. Phase 1 shall commence with the parties' initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and continue through the filing of Plaintiffs' reply on their motion for class certification as set forth below. Phase 2 shall commence thereafter and continue until the conclusion of fact discovery also as set forth below.

2. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made not later than **JANUARY 30, 2009**.

- 1 -

793974.2
23341

3. The parties shall jointly submit an appropriate stipulation and proposed order regarding the protocol governing electronic discovery and a protective order for production of documents and other information in this matter by **FEBRUARY 6, 2009**.

4. Absent leave of Court, no party shall serve more than **25** interrogatories on any other party.

5. Absent leave of Court, no party shall take more than **10** depositions, including expert depositions.

6. The parties shall file any motions to amend or to add parties by **FEBRUARY 16, 2009**.

7. The parties shall complete their document productions in response to their first requests for the production of documents not later than **APRIL 15, 2009**.

8. The Plaintiff(s) shall file a Motion for Class Certification no later than **MAY 15, 2009**.

9. Defendant shall file any Opposition to Plaintiff(s)'s Motion for Class Certification by no later than **JUNE 15, 2009**.

10. Plaintiff(s) shall file any Reply in Support of the Motion for Class Certification by no later than **JUNE 30, 2009**.

11. The parties shall complete all fact discovery and non-expert depositions by **NOVEMBER 13, 2009**.

12. Plaintiff(s) shall serve on Defendants copies of the reports of any proposed expert witnesses, in compliance with Fed. R. Civ. P. 26(a)(2)(B), no later than **DECEMBER 7, 2009**.

13. Defendant shall serve on the Plaintiff(s) copies of the reports of any proposed expert witnesses, in compliance with Fed. R. Civ. P. 26(a)(2)(B), no later than **DECEMBER 30, 2009**.

14. Expert depositions shall be concluded by **JANUARY 29, 2010**.

15. The parties shall file and serve dispositive motions, if any, on or before **MARCH 1, 2010**. The parties shall agree upon a briefing schedule for such motions and shall submit such schedule for the Court's approval.

ENTERED this 27th day of January, 2009.

The Honorable Michael A. Shipp
United States Magistrate Judge

Copies to:

*Counsel for the Plaintiff(s):*

Scott Alan George
Jonathan Shub
SEEGER WEISS, LLP
550 Broad Street
Newark, NJ 07102

Vincent J. Esades
Renae D. Steiner
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403

Jonathan D. Selbin
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017

*Counsel for the Defendant:*

Susan J. Kohlmann
Michael F. Buchanan
Jeremy M. Creelan
JENNER & BLOCK, LLP
919 Third Avenue
37th Floor
New York, NY 10022